UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCHOOL DISTRICT OF JANESVILLE,

    Plaintiff,

v.

                                                                   Case No: 21-CV-291

EB EMPLOYEE SOLUTIONS, LLC,
D/B/A THE DIFFERENCE CARD;

AND

ARCH INSURANCE COMPANY,

    Defendants.

---

## STIPULATION FOR DISMISSAL

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned matter, including all claims and cross claims as against any party by any party, may be dismissed with prejudice and without costs to any party.

Dated this 27th day of May, 2022.    RENNING, LEWIS & LACY, S.C., Attorneys for Plaintiff, School District of Janesville

                                                            s/Jenna E. Rousseau
                                                            Jenna E. Rousseau
                                                             WI State Bar No. 1065236

Dated this 27th day of May, 2022.    ROPERS MAJESKI, PC, Attorneys for Defendant, EB Employee Solutions, LLC d/b/a The Difference Card

                                                            s/Blaise U. Chow
                                                             Blaise U. Chow (admitted *pro hac vice*)
                                                             NY State Bar No. 3905031
                                                             John J. Iacobucci Jr. (admitted *pro hac vice*)
                                                             NY State Bar No. 5105929

| | |
|---|---|
| Dated this 27th day of May, 2022. | WEISS LAW OFFICE, S.C., Attorneys for Defendant, EB Employee Solutions, LLC d/b/a The Difference Card |
| | s/Monte Weiss<br>Monte Weiss<br>WI State Bar No. 1003816 |
| Dated this 27th day of May, 2022. | RUDER WARE, L.L.S.C., Attorneys for Defendant, Arch Insurance Company |
| | s/Kevin E. Wolf<br>Kevin E. Wolf<br>WI State Bar No. 1001122 |
| Dated this 27th day of May, 2022. | STRADLEY RONON STEVENS & YOUNG, LLP, Attorneys for Defendant, Arch Insurance Company |
| | s/Jeffrey D. Grossman<br>Jeffrey D. Grossman (admitted *pro hac vice*)<br>PA State Bar No. 78537 |